# IN THE UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF MISSOURI AT KANSAS CITY

| | |
|---|---|
| DARLENE L. SMITH<br><br>  Plaintiff,<br><br>  v.<br><br>ROCKY MOUNTAIN ALLTRANS, INC., et al.,<br><br>  Defendants. | Case No. 4:09-CV-00122 |

## PLAINTIFF'S EXPERT DESIGNATION AND CERTIFICATE OF DELIVERY

COMES NOW Plaintiff in the above styled cause and designates the following experts in accordance with the Court's Scheduling Order:

1. Steven Simon, M.D., Mid-America Physiatrists, P.A., 10730 Nall Ave., Suite 200, Overland Park, KS 66211.

    a. Pursuant to Paragraph 7 of the Court's Scheduling Order, Plaintiff is providing the other parties with an affidavit from Dr. Simon which includes a complete statement of all opinions to be expressed and the basis and reasons therefor, the data or other information considered by the witness in forming the opinions, any exhibits to be used as a summary of or support for the opinions, the qualifications of the witness (including a list of all publications authored by the witness within the preceding ten years), the compensation to be paid for the study and testimony, and a listing of any other cases in which the witness has testified as an expert at trial or by deposition within the preceding four years.

2. Stephanie Snyder, M.D., Statland Clinic, Ltd., 5701 W. 199th St., Suite 240, Overland Park, KS 66209

a. Dr. Snyder will be called as a "treating physician" pursuant to Paragraph 8 of the Court's Scheduling Order.

b. Pursuant to Paragraph 8 of the Court's Scheduling Order, Plaintiff is providing a copy of Dr. Snyder's files, records and notes relating to Plaintiff to the opposing party.

THE MEYERKORD LAW FIRM OF KANSAS CITY

by: /s/ Matthew D. Meyerkord
Matthew D. Meyerkord #56662
1828 Swift Ave., Suite 406
Kansas City, MO 64116
(816) 221-7555
(816) 527-8083 (fax)
matt@meyerkordkc.com
www.meyerkordkc.com

## CERTIFICATE OF SERVICE

I hereby certify a copy of the foregoing was served via first-class mail this 30th day of November, 2009, to the attorney of record herein:

Michael D. Matteuzzi
Shayla K. Taulbee
11181 Overbrook, Suite 200
Leawood, Kansas 66211
P: 913-253-2500 / F: 913-253-2501
**ATTORNEYS FOR DEFENDANTS**

/s/ Matthew D. Meyerkord