IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN
DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| DARLENE L. SMITH | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | Case No.: 4:09-CV-00122 |
| | ) | |
| ROCKY MOUNTAIN ALLTRANS, INC. | ) | |
| | ) | |
| And | ) | |
| | ) | |
| DAVID B. GRIFFEN | ) | |
| | ) | |
| Defendants. | ) | |

## **CERTIFICATE OF SERVICE**

I certify that the original of Defendants' Expert Disclosures, along with the exhibits and affidavits identified therein, pursuant to Federal Rule of Civil Procedure 26(a)(2), along with a copy of this Certificate of Service, were sent via U.S. Mail on the 2nd day of April, 2010 to:

Matthew D. Meyerkord  Mo.Bar # 56662
1828 Swift Avenue, Suite 425
Kansas City, MO  64116
816/221-7555
816/527-8083 (fax)
matt@meyerkordkc.com
www.meyerkordkc.com

William (Bill) Lewis Carr
White, Allinder, Graham, Buckley, & Carr, L.L.C.
Suite C
19049 E. Valley View Parkway
Independence, MO  64055
816/373-9080
816/373-9319 (fax)
**ATTORNEYS FOR PLAINTIFF**

Respectfully submitted,

**WALDECK, MATTEUZZI & SLOAN, P.C.**

*/s/ Matthew J. Brooker*

_____
Michael D. Matteuzzi    Mo. Bar #32891
(mmatteuzzi@wmskc.com)
Matthew J. Brooker     Mo. Bar #58794
(staulbee@wmskc.com)
11181 Overbrook, Suite 200
Leawood, Kansas 66211
P:  913-253-2500 / F:  913-253-2501
**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SIGNING

     The original of the foregoing document was signed by Matthew J. Brooker and is being kept in the client files of Waldeck, Matteuzzi & Sloan, P.C.